## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL MURRAY, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:10-cv-00968-ECR-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRIAN WILLIAMS, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

      This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (#30) filed March 6, 2012.  On March 1, 2012, the Court conducted a status hearing to review the joint pretrial order as requested by the Honorable Judge Reed.  At the hearing, the parties requested that discovery be reopened.  The Court ordered the parties to submit a proposed Stipulation and Order to Reopen Discovery and to provide a written description of the discovery that has been conducted and a description of the discovery that needs to be conducted.  Upon review and consideration of the parties' Stipulated Discovery Plan and Scheduling Order (#30), the Court will grant the requested 120 days to reopen discovery.  However, due to the length of time previously granted to complete discovery, no further extensions of discovery in this matter will be considered.  Accordingly,

      **IT IS ORDERED** the Stipulated Discovery Plan and Scheduling Order (#30 is **granted.** The following discovery plan and scheduling order dates shall apply:

      1.     Last date to complete discovery: **July 5, 2012**

      2.     Last date to file dispositive motions: **August 6, 2012**

. . .

3. Last date to file joint pretrial order: **September 5, 2012**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 7th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge