UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J. Michael Murray,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Brian Williams Jr., et al.,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-968-JAD-GWF<br><br>**Order on Defendant's Motion to File Motion for Summary Judgment in Excess of Thirty Pages** |

　　With good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion to File Motion for Summary Judgment in Excess of Thirty Pages [Doc. 55] is **GRANTED**.

　　DATED: November 1, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE