ADAM PAUL LAXALT
  Attorney General
Michelle Di Silvestro Alanis (Bar. No. 10024)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
(702) 486-3773 (fax)
malanis@ag.nv.gov

Attorneys for Brian Williams, Jr.,
Cheryl Burson, and Tanya Hill

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL MURRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, JR., CHERYL BURSON, AND TANYA HILL,<br><br>    Defendants. | Case No. 2:10-CV-00968-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

    COME NOW, Plaintiff, J. MICHAEL MURRAY, by and through his attorney, JULIE CAVANAUGH-BILL, and Defendants, BRIAN WILLIAMS, JR., CHERYL BURSON, AND TANYA HILL, by and through their attorneys, ADAM PAUL LAXALT, Attorney General for the State of Nevada, and MICHELLE DI SILVESTRO ALANIS, Deputy Attorney General, hereby stipulate and agree to continue the Settlement Conference currently scheduled for Friday, April 14, 2017, (ECF No. 106). Good cause exists for the continuance due to an unforeseen scheduling conflict of one of the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that that the Settlement Conference be set for May 8, 2017, August 25, 2017, August 30, 2017 or September 1, 2017.

DATED: April 6, 2017.

ADAM PAUL LAXALT
Attorney General

By:   /s/ Michelle Di Silvestro Alanis
Michelle Di Silvestro Alanis (Bar. No. 10024)
Deputy Attorney General
Attorney for Defendants

DATED: April 6, 2017.

By: /s/ Julie Cavanaugh-Bill
Julie Cavanaugh-Bill (Bar No. 11533)
CAVANAUGH-BILL LAW OFFICES
Henderson Bank Building
401 Railroad St., Ste. 307
Elko, NV 89801-3758
(775) 753-4357
Attorney for Plaintiff

Case No. 2:10-CV-00968-JAD-GWF

**ORDER**

IT IS HEREBY ORDERED that the Settlement Conference be continued from April 14, 2017, to May 8, 2017.

IT IS FURTHER ORDERED that Plaintiff must report to Magistrate Judge Hoffman's chambers at 8:30 a.m. Defendants must report to Magistrate Judge Hoffman's chambers at 9:00 a.m. Settlement Conference Briefs are due May 1, 2017. All other provisions of the original scheduling order (ECF No. 99) remain in effect.

DATED this 7th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE