1  JULIE CAVANAUGH-BILL
   Nevada Bar No.11533
2  CAVANAUGH-BILL LAW OFFICES
   Henderson Bank Building
3  401 Railroad Street, Suite 307
   Elko, NV. 89801
4  (775) 753-4357
   (775) 753-4360 Facsimile
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL MURRAY, | CASE NO. 2:10-cv-00968-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE** (2nd Request) |
| BRIAN WILLIAMS, RJ., an individual, CHERYL BURSON, an individual, TONYA HILL, an individual | |
| Defendant. | |

COMES NOW Plaintiff, J. Michael Murray, by and through his attorney JULIE CAVANAUGH-BILL and Defendant's Williams, et., al., by and through their attorney MICHELLE DI SILVESTRO ALANIS, hereby stipulate and agree to a second continuance of the settlement conference currently set for May 8, 2017 (EFC No. 110 ). Good cause exists for this second request due to an unforseen medical emergency in Ms. Cavanaugh-Bill's office. The associate attorney in her law office suffered an emergency medical situation, her recovery time is unknown. Ms. Cavanaugh-Bill is now covering both her and Ms. Biel's caseload, currently there are two conflicts on May 8th that she has been unable to reschedule. Counsel for Plaintiff and Defendants respectfully requests a new settlement conference dates and are available on the following dates:

September 7, 2017

September 22, 2017

September 27, 2017

///

**IT IS SO STIPULATED.**

DATED this 28th day of April, 2017.

_____          _____
Michelle Di Silvestro Alanis              Julie Cavanaugh-Bill
NV Bar No.: 10024                              NV Bar No.: 11533
Attorney for Defendant                       Attorney for Plaintiff

**ORDER**

It is ordered that the settlement conference be continued from May 8, 2017, to: September 7, 2017.

IT IS FURTHER ORDERED that Plaintiff must report to Magistrate Judge Hoffman's chambers at 8:30 a.m. Defendants must report at 9:00 a.m. Settlement conference briefs are due 8/31/2017 by 4:00 p.m. All other provisions of the original scheduling order (ECF No. 99) remain in effect.

DATED: May 3, 2017

_____
U.S. MAGISTRATE JUDGE