ADAM PAUL LAXALT
  Attorney General
Michelle Di Silvestro Alanis (Bar. No. 10024)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
(702) 486-3773 (fax)
malanis@ag.nv.gov

*Attorneys for Brian E. Williams, Sr.,
Cheryl Burson, and Tanya Hill*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL MURRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, JR., CHERYL BURSON, AND TONYA HILL,<br><br>    Defendants. | Case No. 2:10-CV-00968-JAD-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 117 |

    COMES NOW, Plaintiff, J. MICHAEL MURRAY, by and through his attorney, Julie Cavanaugh-Bill, Esq. and Defendants, BRIAN E. WILLIAMS, SR. (incorrectly named as Brian Williams, Jr.), CHERYL BURSON, and TANYA HILL (incorrectly named as Tonya Hill) (Defendants), by and through their attorneys, Adam Paul Laxalt, Attorney General for the State of Nevada, and Michelle Di Silvestro Alanis, Deputy Attorney General, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and

/ / /

/ / /

/ / /

/ / /

/ / /

hereby stipulate and agree to a dismissal of all claims with prejudice, each party to bear their own attorney's fees and costs.

DATED: October 4, 2017

ADAM PAUL LAXALT

Nevada Attorney General

By: /s/ Michelle Di Silvestro Alanis
Michelle Di Silvestro Alanis
(Bar. No. 10024)
Deputy Attorney General
*Attorneys for Brian E. Williams, Sr., Cheryl Burson, and Tanya Hill*

DATED: October 4, 2017

CAVANAUGH-BILL LAW OFFICES

*Electronic signature Authorized*

By: /s/ Julie Cavanaugh-Bill
Julie Cavanaugh-Bill (Bar No.11533)
401 Railroad St. #307
Elko, NV 89801
(775) 753-4357
*Attorney for Plaintiff*

### **ORDER**

Based on the parties' stipulation [117] and with good cause appearing and with no cause to delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that THIS CASE IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

10/4/17

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE